CHARLES HOFFMAN v. MANUFACTURERS TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

HANO PAPER CORPORATION v. F. W. WOOLWORTH Co.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

STEPHEN DRASCO v. CHARLES T. WILLS, INC., Impleaded with MITCHELL-RAND DAMPPROOFING CORP.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

JOHN B. PORTER v. GENERAL ACCIDENT FIRE & LIFE ASSURANCE CORP.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.,

MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, and PAUL LUCKE, as Sole Surviving Director of MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, and Conservator of its Property, v. BANK OF NEW YORK AND TRUST COMPANY, as Agent or Depositary of Said MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, and of the Said PAUL LUCKE, as Surviving Director and Conservator, etc. SAMUEL MORRO [MORROW] and Others v. MOSCOW FIRE INSURANCE COMPANY, etc. UNITED STATES OF AMERICA — VLADIMIR A. MILLER. — Motions for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motions for stays granted, pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ROSE OLSHAN v. MAX TURK and BREYER ICE CREAM Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

MANUFACTURERS TRUST COMPANY v. STATE MUTUAL LIFE ASSURANCE COMPANY OF WORCESTER, MASSACHUSETTS.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of WILAKA CONSTRUCTION Co., INC., for an Order Summarily Discharging of Record, Pursuant to Section 21, Subdivision 7, of the Lien Law, the Notice of Mechanic's Lien Filed by OFFENBERG BRICK CORPORATION and OFFENBERG CONSTRUCTION CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

CARMELA VINCI and Others v. BANK OF SICILY TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

NATIONAL SURETY CORPORATION, Substituted for UNITED VAN SERVICE, v. CHELSEA FIREPROOF STORAGE WAREHOUSES, INC., and Another.— Motion for a